AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

**CRIMINAL COMPLAINT**

**CHARLES CUNNINGHAM**
**DOB:** x/xx/xx
**PDID:** xxx-xxx

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief.   On or about March 3, 2008 in, in the  District of <u>COLUMBIA</u> defendant (s) did, (Track

Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1) _____ .

I further state that I am ___ **OFFICER JORDAN KATZ** ___ , and that this complaint is

based on the following facts:

## SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:        ☒ Yes    ☐ No

_____

Signature of Complainant
**OFFICER JORDAN KATZ**
**MPD-NARCOTICS SPECIAL**
**INVESTIGATIONS DIVISION**

Sworn to before me and subscribed in my presence,

_____    at    _____ <u>Washington, D.C.</u> _____
Date                                                                                       City and State

_____                    _____
Name & Title of Judicial Officer                                    Signature of Judicial Officer

## <u>STATEMENT OF FACTS</u>

On Monday, March 3, 2008, sworn officers of the Metropolitan Police Department observed a vehicle in the 1800 block of M Street, NE, Washington, D.C., with the driver talking on a cellular phone, which is in violation of the District of Columbia Traffic regulations.  A traffic stop was conducted and officers asked the defendant Charles Cunningham to step out of the vehicle.  The defendant refused to step out of the vehicle and the officer attempted to open the car door when the defendant put the vehicle in reverse and backed down the street.  The officers pursued the vehicle and stopped it in the parking lot of 1060 Mount Olivet Road, Washington, D.C.  Officers placed the defendant under arrest.  A search of the open glove compartment revealed a clear bag containing a rock like substance, mail matter in the name of the defendant, and around $445 of United States currency.  A portion of the rock like substance field tested positive for cocaine base.  A check of the vehicle's tag number revealed that the vehicle was registered to the defendant.  The approximate weight of the suspected crack cocaine was 137 grams, which is an amount commonly indicating that the suspected crack cocaine was going to be sold to others rather than used exclusively by the defendant.

_____
OFFICER JORDAN KATZ
MPD-NARCOTIC SPECIAL INVESTIGATIONS DIVISION

SWORN AND SUBSCRIBED BEFORE ME ON THIS ____ DAY OF MARCH, 2008.

_____
U.S. MAGISTRATE JUDGE